Robert E. LINDSEY,
*Petitioner on Review,*

*v.*

Edgar MERZENICH
and Idylwood Inc.,
by Edgar Merzenich,
*Respondents on Review.*

(CC 90C-10605; CA A69646; SC S38529)

827 P2d 189

William B. Wyllie, Salem (petition for review), and William G. Paulus, of Garrett, Seideman, Hemann, Robertson, Paulus, Jennings & Comstock, P.C., Salem (supplemental petition for review) for petitioner on review.

No appearance *contra*.

Before Peterson, Presiding Justice, and Gillette, Van Hoomissen, Unis, and Graber, Justices.

MEMORANDUM OPINION

Petition for review allowed. The "Order Dismissing Appeal and Allowing Cross Appeal to Proceed," dated August 21, 1991, is vacated, and this case is remanded to the Court of Appeals for reconsideration in light of *Baugh v. Bryant Limited Partnerships*, 312 Or 635, 825 P2d 1383 (1992).

---

* Appeal from judgment of Marion County Circuit Court, Robert B. McConville, Judge.